Form oscmlfee – oscmlfeev27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–29075–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
LUBOS NAPRSTEK
24 BRIAR CT
HAMBURG, NJ 07419
Social Security No.:
xxx–xx–5072
Employer's Tax I.D. No.:

---

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑       An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 10/26/2018 in the amount of $ 77.50 has not been received by the Clerk,

☐       The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 11/13/18 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 11/13/18.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Stacey L. Meisel on

Date: November 27, 2018
Time: 10:00 am
Location: Courtroom 3A
Address:    Martin Luther King, Jr . Federal Building
            50 Walnut Street
            3rd Floor
            Newark, NJ 07102

Dated: October 30, 2018
JAN: pam

Stacey L. Meisel
United States Bankruptcy Judge