Form oscmlfee – oscmlfeev27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29075−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   LUBOS NAPRSTEK
   24 BRIAR CT
   HAMBURG, NJ 07419

Social Security No.:
   xxx−xx−5072

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

   The Court having noted that:

   ☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 10/26/2018 in the amount of $ 77.50 has not been received by the Clerk,

   ☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 11/13/18 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 11/13/18.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Stacey L. Meisel on

Date: November 27, 2018
Time: 10:00 am
Location: Courtroom 3A
   Address:    Martin Luther King, Jr . Federal Building
                    50 Walnut Street
                    3rd Floor
                    Newark, NJ 07102


Dated: October 30, 2018
JAN: pam

<u>Stacey L. Meisel</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-29075-SLM
LUBOS NAPRSTEK                                                  Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Oct 30, 2018
                              Form ID: oscmlfee        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.
db           +LUBOS NAPRSTEK,    24 BRIAR CT,    HAMBURG, NJ 07419-1269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2018 23:49:39      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:
              Kareem J Crawford    on behalf of Debtor LUBOS  NAPRSTEK kareemjcrawford91@gmail.com,
               sdgcrawford@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4